Andrew A. August (SBN 112851)
John L. Fitzgerald (SBN126613)
Kevin F. Rooney (SBN 184096)
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104

Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiff Martin F. Rooney

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARTIN F. ROONEY, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA PACIFIC WINDOWS, a division of SIERRA PACIFIC INDUSTRIES, a California Corporation,<br><br>Defendant. | CASE NO. C10-00905 LHK<br><br>[~~PROPOSED~~] ORDER EXTENDING DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION |

## **ORDER**

Based on the foregoing stipulation of counsel and good cause appearing therefore, it is HEREBY ORDERED that the parties shall have up to and including October 29, 2009 to complete Early Neutral Evaluation.

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: August 20, 2010

*Lucy H. Koh*

Hon. Lucy H. Koh
United States District Court

---

5220.001/00101133

1

**ORDER EXTENDING DEADLINE TO COMPLETE ENE**