IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN F. ROONEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SIERRA PACIFIC WINDOWS, a division of SIERRA PACIFIC INDUSTRIES, a California Corporation,<br><br>    Defendant. | Case No. 10-CV-00905 LHK<br><br>**ORDER APPROVING<br>TELEPHONIC APPEARANCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Defendant Counsel's request to appear telephonically is granted. Counsel is directed to contact Court Call Conferencing at 866/582-6878 at least one week prior to the Conference, or as soon as possible thereafter, to arrange their participation by telephone.

Dated:    11/2/2010

*Lucy H. Koh*

LUCY H. KOH
United States District Judge