UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN F. ROONEY, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>     v.<br><br>SIERRA PACIFIC WINDOWS, a division of SIERRA PACIFIC INDUSTRIES, a California corporation,<br><br>              Defendants. | Case No.: 10-CV-00905-LHK<br><br>ORDER DENYING STIPULATED REQUEST TO AMEND SCHEDULING ORDER |

The parties' stipulated request to amend the scheduling order in this case is DENIED without prejudice. The Court shall hold a further Case Management Conference, as scheduled, on March 16, 2011. The parties should come prepared to discuss what progress has been made in this action since the previous Case Management Conference. The Court will consider any modifications to the schedule at that time. In the interim, the case schedule remains as set.

**IT IS SO ORDERED.**

Dated: March 4, 2011

_____
LUCY H. KOH
United States District Judge