UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN F. ROONEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> SIERRA PACIFIC WINDOWS, a division of SIERRA PACIFIC INDUSTRIES, a California corporation, <br><br> Defendants. | Case No.: 10-CV-00905-LHK <br><br> ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

The parties to this action previously submitted a stipulation requesting modifications to the case schedule.  The Court denied this request without prejudice and indicated that it would hold a Case Management Conference, as scheduled, on March 16, 2011.  To date, the parties have not submitted a Joint Case Management Statement, as required by Local Rule 16-10(d).  The stipulation previously filed by the parties is not sufficient.  Accordingly, the parties are directed to file a Joint Case Management Statement by Tuesday, March 15, 2011, at 9 a.m.

**IT IS SO ORDERED.**

Dated: March 11, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00905-LHK
ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT