UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN F. ROONEY, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>SIERRA PACIFIC WINDOWS, a division of SIERRA PACIFIC INDUSTRIES, a California corporation,<br><br>                Defendants. | Case No.: 10-CV-00905-LHK<br><br>ORDER REGARDING THE PRODUCTION OF DOCUMENTS AND INFORMATION TO PLAINTIFF |

At the March 16, 2011 Case Management Conference, the Court ordered that by April 20, 2011, Defendant produce discovery regarding the consumers who paid for window repairs or replacements from 2000-2006 and the amounts paid. Nonetheless, per the parties' April 19, 2011 stipulation, defendant shall have through May 2, 2011 to produce this discovery. Any further continuances will be disfavored.

**IT IS SO ORDERED.**

Dated: April 27, 2011

_____
LUCY H. KOH
United States District Judge