UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN F. ROONEY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>SIERRA PACIFIC WINDOWS, a division of SIERRA PACIFIC INDUSTRIES, a California corporation,<br><br>      Defendants. | Case No.: 10-CV-00905-LHK<br><br>ORDER GRANTING IN PART MOTION TO SHORTEN TIME |

On May 13, 2011, Plaintiff Martin Rooney filed a motion for sanctions in which he seeks to preclude Defendant Sierra Pacific Windows from introducing certain evidence at trial or in connection with any motion, including any opposition to Plaintiff's motion for class certification. Plaintiff's motion for sanctions is currently set for hearing on June 16, 2011. On May 17, 2011, Plaintiff filed a motion to shorten time on the motion for sanctions. Plaintiff argues that he will be prejudiced if the motion for sanction is not resolved before June 2, 2011, when Plaintiff's opening class certification brief is due. Defendant opposes the motion to shorten time on two grounds. First, Defendant argues that preparing an opposition to the motion for sanctions will take significant time and that, given the nature of the penalties requested, it should be afforded a full and fair opportunity to oppose. Second, Defendant argues that the relief Plaintiff seeks affects only

1

Defendant's opposition to the class certification motion, which is due on June 23, 2011, after the current hearing date for the sanctions motion.

The Court finds merit in the arguments of both parties. On the one hand, the Court agrees that it would be preferable to resolve the issue of sanctions before Plaintiff's opening class certification brief is due. On the other hand, the Court agrees that Defendant should be provided a full and fair opportunity to brief the motion for sanctions. In light of these concerns the Court orders as follows:

(1) The Court will hold a hearing on the motion for sanctions on June 2, 2011 at 1:30 p.m. Defendant's opposition will be due Thursday, May 26, 2011. Plaintiff's reply will be due Tuesday, May 31, 2011.

(2) The deadline to file a motion for class certification, as well as any motion challenging subject matter jurisdiction under CAFA, is extended to June 9, 2011. Briefing of the motions will remain as previously set, with opposition briefs due June 23, 2011, and replies due June 30, 2011. The hearing on these motions will be held as scheduled on July 21, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 19, 2011

_____
LUCY H. KOH
United States District Judge