UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN F. ROONEY, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>   v.<br><br>SIERRA PACIFIC WINDOWS, a division of SIERRA PACIFIC INDUSTRIES, a California corporation,<br><br>             Defendants. | Case No.: 10-CV-00905-LHK<br><br>ORDER DENYING REQUEST TO CONTINUE HEARING ON MOTION FOR EVIDENTIARY SANCTIONS<br><br>(re: dkt. #51) |

On May 26, 2011, the parties filed a stipulation requesting that the Court continue the currently scheduled June 2, 2011 hearing on Plaintiff's motion for sanctions because Plaintiff's lead counsel will be on a pre-paid, non-refundable vacation to Michigan during the week of May 28 - June 3. Although sympathetic to the parties' request, the Court does not find that a continuance is warranted in light of the Court's calendar, the pending deadlines for class certification, and the class certification hearing on July 21, 2011.  Moreover, there are two other attorneys listed as counsel for Plaintiff that may appear at the June 2, 2011 hearing.

Accordingly, the deadlines set in the Court's May 19, 2011 Order [dkt. #50] remain as follows: the opposition to the sanctions motion is due by May 26, 2011, the reply is due by May 31, 2011, and the hearing on the sanctions motion will be on June 2, 2011 at 1:30 p.m.  If possible,

1

Case No.: 10-CV-00905-LHK
ORDER DENYING REQUEST TO CONTINUE HEARING ON MOTION FOR EVIDENTIARY SANCTIONS

the Court will rule on the sanctions motion on the papers in advance of the hearing, and vacate the June 2, 2011 hearing.

The deadline to file the class certification motion, as well as any motion challenging subject matter jurisdiction under CAFA, remains June 9, 2011, with the opposition due by June 23, 2011, and the reply due by June 30, 2011. The hearing on these motions remains as set on July 21, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 26, 2011

_____
LUCY H. KOH
United States District Judge