1  DUN & MARTINEK, LLP
   DAVID E. MARTINEK (Bar No. 107503)
2  RANDALL H. DAVIS (Bar No. 178404)
   2313 I Street
3  P.O. Box 1266
   Eureka, CA 95501-4244
4  Telephone:  (707) 442-3791
   Facsimile:   (707) 442-9251
5
   DOWNEY BRAND LLP
6  WILLIAM R. WARNE (Bar No. 141280)
   MEGHAN M. BAKER (Bar No. 243765)
7  MICHAEL A. SCHAPS (Bar. No. 247423)
   621 Capitol Mall, 18th Floor
8  Sacramento, CA  95814-4731
   Telephone: (916) 444-1000
9  Facsimile:  (916) 444-2100
   bwarne@downeybrand.com
10 mbaker@downeybrand.com

11 Attorneys for Defendant
   SIERRA PACIFIC WINDOWS, a division of
12 SIERRA PACIFIC INDUSTRIES, a California
   corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN F. ROONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC WINDOWS, a division of SIERRA PACIFIC INDUSTRIES, a California corporation,<br><br>Defendant. | Case No.  C10-00905 LHK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING BRIEFING AND HEARING ON MOTION FOR CLASS CERTIFICATION** |

WHEREAS, on August 8, 2011, the Court issued an order giving Sierra Pacific until September 15 to file a supplemental opposition to Plaintiff's pending motion for class certification.  (Doc. No. 79);

WHEREAS, the Court's order presupposes that the Court would have issued orders on the

1  pending motion for judgment on the pleadings and motion to amend before September 15, and the
2  Court has not yet done so. Specifically, the order states that "[t]he Court finds that in this case
3  Plaintiffs' motion for leave to amend and Defendant's motion for judgment on the pleadings are
4  threshold matters that need to be decided before any motion for class certification can be
5  decided," and it states that Sierra Pacific may "respond to any order the Court issues on Plaintiffs'
6  motion for leave to amend and Defendant's motion for judgment on the pleadings . . ." in its
7  supplemental opposition to class certification;
8      WHEREAS, the Court has not yet issued these orders, and Sierra Pacific therefore would
9  be unable to respond to them in any brief filed tomorrow; and
10     WHEREAS, Plaintiff is still in the process of coordinating with proposed class
11 representatives Sasser and Cox to determine whether any additional relevant and responsive
12 documents exist, and because Sierra Pacific contends such documents, if they exist, would bear
13 on the pending motion for class certification; and
14     WHEREAS, Plaintiff's lead counsel will be in Europe celebrating his 25th wedding
15 anniversary from October 10 through 26, 2011,
16     THEREFORE, the parties hereby agree and stipulate, and respectfully request, that Sierra
17 Pacific's supplemental brief in opposition to class certification shall be due 14 days after this
18 Court issues orders on the pending motions to amend and for judgment on the pleadings;
19 Plaintiff's supplemental brief in reply shall be due seven days thereafter; and the hearing on the
20 pending motion for class certification shall be set for the Court's first available hearing date after
21 briefing is complete; provided that the briefing and hearing schedule shall be adjusted to
22 accommodate Plaintiff's counsel's unavailability.
23 /
24 /
25 /
26 /
27 /
28 /

| | | |
|---|---|---|
| 1 | DATED: September 14, 2011 | DOWNEY BRAND LLP |

By: _/s/ Michael A. Schaps_
MICHAEL A. SCHAPS
Attorney for Defendant
SIERRA PACIFIC WINDOWS, a division of
SIERRA PACIFIC INDUSTRIES, a California
corporation

DATED: September 14, 2011    PINNACLE LAW GROUP, LLP

By: _/s/ Kevin F. Rooney_
KEVIN F. ROONEY
Attorney for Plaintiff
MARTIN F. ROONEY, individually and on
behalf of all others similarly situated

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 14, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Judge