DUN & MARTINEK, LLP
DAVID E. MARTINEK (Bar No. 107503)
RANDALL H. DAVIS (Bar No. 178404)
2313 I Street
P.O. Box 1266
Eureka, CA 95501-4244
Telephone:  (707) 442-3791
Facsimile:   (707) 442-9251

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MEGHAN M. BAKER (Bar No. 243765)
MICHAEL A. SCHAPS (Bar. No. 247423)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile:  (916) 444-2100
bwarne@downeybrand.com
mbaker@downeybrand.com

Attorneys for Defendant
SIERRA PACIFIC WINDOWS, a division of
SIERRA PACIFIC INDUSTRIES, a California
corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN F. ROONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC WINDOWS, a division of SIERRA PACIFIC INDUSTRIES, a California corporation,<br><br>Defendant. | Case No.  C10-00905 LHK<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING BRIEFING AND HEARING ON MOTION FOR CLASS CERTIFICATION** |

WHEREAS, on August 8, 2011, the Court issued an order giving Sierra Pacific until September 15 to file a supplemental opposition to Plaintiff's pending motion for class certification. (Doc. No. 79);

WHEREAS, the Court's order presupposes that the Court would have issued orders on the

pending motion for judgment on the pleadings and motion to amend before September 15, and the Court has not yet done so.  Specifically, the order states that "[t]he Court finds that in this case Plaintiffs' motion for leave to amend and Defendant's motion for judgment on the pleadings are threshold matters that need to be decided before any motion for class certification can be decided," and it states that Sierra Pacific may "respond to any order the Court issues on Plaintiffs' motion for leave to amend and Defendant's motion for judgment on the pleadings . . ." in its supplemental opposition to class certification;

WHEREAS, the Court has not yet issued these orders, and Sierra Pacific therefore would be unable to respond to them in any brief filed tomorrow; and

WHEREAS, Plaintiff is still in the process of coordinating with proposed class representatives Sasser and Cox to determine whether any additional relevant and responsive documents exist, and because Sierra Pacific contends such documents, if they exist, would bear on the pending motion for class certification; and

WHEREAS, Plaintiff's lead counsel will be in Europe celebrating his 25th wedding anniversary from October 10 through 26, 2011,

THEREFORE, the parties hereby agree and stipulate, and respectfully request, that Sierra Pacific's supplemental brief in opposition to class certification shall be due 14 days after this Court issues orders on the pending motions to amend and for judgment on the pleadings; Plaintiff's supplemental brief in reply shall be due seven days thereafter; and the hearing on the pending motion for class certification shall be set for the Court's first available hearing date after briefing is complete; provided that the briefing and hearing schedule shall be adjusted to accommodate Plaintiff's counsel's unavailability.

/
/
/
/
/
/

1187428.2

2

STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING BRIEFING AND HEARING ON MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| 1 | DATED:  September 14, 2011 | DOWNEY BRAND LLP |
| 2 | | |
| 3 | | By: _____*/s/ Michael A. Schaps*_____ |
| 4 | | MICHAEL A. SCHAPS<br>Attorney for Defendant |
| 5 | | SIERRA PACIFIC WINDOWS, a division of<br>SIERRA PACIFIC INDUSTRIES, a California |
| 6 | | corporation |
| 11 | DATED:  September 14, 2011 | PINNACLE LAW GROUP, LLP |
| 13 | | By: _____*/s/ Kevin F. Rooney*_____ |
| 14 | | KEVIN F. ROONEY<br>Attorney for Plaintiff |
| 15 | | MARTIN F. ROONEY, individually and on<br>behalf of all others similarly situated |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 14, 2011

*[signature: Lucy H. Koh]*
Lucy H. Koh
United States District Judge