UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN F. ROONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC WINDOWS, a division of SIERRA PACIFIC INDUSTRIES, a California corporation,<br><br>Defendant. | Case No.: 10-CV-00905-LHK<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |

Now before the Court is Plaintiff's administrative motion to file certain documents under seal. ECF No. 82. Plaintiff argues that Exhibits D & E of the Supplemental Declaration of Andrew A. August were designated by Defendant as "confidential" pursuant to the Court's protective order, ECF No. 41. The Court has reviewed the documents and agrees that, with the exception of the first three pages of Exhibit D (SPW074177-79), they contain confidential and sensitive business information. Accordingly, the Court GRANTS the motion with respect to pages SPW074180-195 of Exhibit D and Exhibit E in its entirety. The Court denies the motion with respect to pages SPW074177-79 of Exhibit D.

**IT IS SO ORDERED.**

Dated: September 30, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00905-LHK
ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5